UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY WEST, JR., <br><br> Plaintiff, <br><br> v. <br><br> CORTEZ, et al., <br><br> Defendants. | 1:22-cv-01341-HBK (PC) <br><br> ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

Plaintiff, a prisoner, initiated this *pro se* action by filing a civil rights complaint under 42 U.S.C. § 1983 accompanied by an application to proceed *in forma pauperis*. (Doc. Nos. 1, 2). Because the events giving rise to the cause of action occurred at High Desert State Prison, which is located in Lassen County, Plaintiff should have filed his complaint in the Sacramento Division of this Court. *See* 28 U.S.C. § 1391(b); *see also Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court jurisdiction and venue in a § 1983 action). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the correct court. The Court finds it in the interests of justice to transfer this case to the Sacramento Division under 28 U.S.C. § 1406(a) and Local Rule 120(f).

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to transfer this action to the Sacramento Division of

1   this Court.

2       2.  All future filings shall refer to the new Sacramento case number assigned and shall be
3   filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

    3.  This court has not ruled on plaintiff's request to proceed *in forma pauperis* (Doc. No. 2).

Dated:  October 24, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2